UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
TEAMSTERS LOCAL 456 PENSION, HEALTH
& WELFARE, ANNUITY, EDUCATION &
TRAINING, INDUSTRY ADVANCEMENT,
AND LEGAL SERVICES FUNDS by Louis A.
Picani, Joseph Sansone, Dominick Cassanelli, Jr.,
Roger Taranto, Ross Pepe, Jeffrey Isaacs, John T.
Cooney, Jr. and Simone Almeida as Trustees and
fiduciaries of the Funds, and WESTCHESTER                **JUDGMENT**
TEAMSTERS LOCAL UNION NO. 456,
                                                         No. 24-CV-3560 (CS)
                        Plaintiffs,

    - against -

K&D INDUSTRIES OF NY, LLC and KARL
BJORKLAND, individually,

                        Defendants.
---------------------------------------------------------------x

Seibel, J.

      On August 1, 2025, the Court granted Plaintiffs' motion for entry of judgment pursuant to a confession of judgment executed by Defendants.  (ECF No. 17.)  The Court directed Plaintiffs to submit an affidavit confirming that Defendants did not make the July 2025 payment, as well as an affidavit or declaration setting forth attorneys' fees and costs and attaching contemporaneous billing records and an itemization of costs.  (*Id.* at 6.)  On August 4, 2025, Plaintiffs filed a responsive affidavit with attachments.  (ECF No. 18.)  Plaintiffs seek $934.87 in costs and $6,914.59 in additional attorneys' fees not covered by the settlement agreement, for a total of $7,849.46 in fees and costs.  (*Id.* at 14, 17-22.)  The deadline for Defendants to oppose has passed and they have failed to do so.

      Accordingly, the Clerk of Court is respectfully directed to enter judgment in favor of Plaintiffs Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training,

Industry Advancement and Legal Services Funds and Westchester Teamsters Local Union No. 456 and against Defendants K&D Industries of NY, LLC and Karl Bjorkland in the amount of the unpaid settlement balance ($117,560.31), plus additional attorneys' fees and costs not covered by the settlement agreement ($7,849.46), for a total sum of $125,409.77.

**SO ORDERED.**

Dated: September 3, 2025
      White Plains, New York

                                                                             CATHY SEIBEL, U.S.D.J.